Ex Parte Hocking.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 76.—Resuelto en febrero 4, 1907.

Resuelto por los fundamentos de la opinión emitida en el caso No. 79, de *Ex parte Hernández,* página 1.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

Ricardo Hocking solicitó de la Corte de Distrito de Mayagüez que declarase justificado el título de dominio que tenía sobre una parcela de terreno. El fiscal compareció oponiéndose á dicha solicitud por el fundamento de que en ella no se describía la forma del solar, ni el valor de sus ángulos ó longitud alguna de sus diagonales ni se expresaban tampoco las distancias á los ángulos de la manzana de que ese solar forma parte. La descripción de dicho terreno es como sigue:

"Urbana: solar situado en el barrio de la Marina Septentrional, calle San Juan, de esta ciudad, de 24 metros, 20 centímetros de frente, por 40 metros 35 centímetros de fondo; y colinda al Norte, con un solar de la sucesión de Mateo Jorge, que la componen su viuda Pilar Aguillé; al Sur y al Oeste, con terrenos de Clara Cristy; y al Este, con la calle de San Juan, donde radica. En dicho solar se halla edificada una casa de madera, terrera de 10 metros 30 centímetros de frente, por 18 metros 20 centímetros de fondo; y existen además dos ranchos de madera, dedicados á taller de fundición."

Esta descripción es suficiente para los fines de la solicitud y por las razones expresadas en la opinión de este tribunal en el caso de *El Pueblo de Puerto Rico* v. *Agustín Hernández Mena,* debe confirmarse la resolución apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras, y MacLeary.